

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF** Mike Alvarez **CRUZ**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED August 18, 2021.

_____
Luz Elena D. Chapa, Justice